■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ACENO BATISTA, Appellant. [838 NYS2d 457]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed March 29, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Krausman, Lifson and Balkin, JJ., concur.